IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY ____ D.C.
05 MAY 23 PM 12: 56
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§<br>§<br>§ | CRIM. NO.2:05cr20132-D |
| RICHARD ESTEVANES | § | |

### ORDER

On this **20th** day of **May**, 2005, came to be heard the foregoing Defendant's Waiver of Appearance at his Initial Appearance/Arraignment Hearing and after reviewing said motion it is the opinion of this Court that said motion is hereby:

[✓] Granted

[ ] Denied.

SIGNED AND ENTERED this **20th** day of **May**, 2005

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **5-24-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles A. Banker
312 Lindberg
McAllen, TX 78501

Honorable Bernice Donald
US DISTRICT COURT