IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY __cg__ D.C.

05 MAY 23 PM 12: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Cr. No. 05-20132-02-D

RICHARD ESTEVANES,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on __May 20, 2005__, 2005. The Assistant United States Attorney appeared on behalf of the government. The defendant's appearance was waived and the following counsel, who is retained, appeared for the defendant:

| | |
|---|---|
| NAME: | Charles A. Banker III |
| ADDRESS: | 118 W. Pecan Blvd. |
| | McAllen, TX  78501 |
| TELEPHONE: | (956) 687-9133 |

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

                                                                   S. Thomas Anderson
                                                             United States Magistrate Judge

Charges:     conspiracy; possession with intent to distribute marijuana

Assistant U.S. Attorney assigned to case:  Craig

The defendant's age is: __35__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-24-05__

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Charles A. Banker
312 Lindberg
McAllen, TX 78501

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT