IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | CRIM. NO. 2:05cr20132-D |
| VS. | § | |
| | § | |
| RICHARD ESTEVANES | § | |
| Defendant | § | |

### ORDER

On this the 20th day of May, 2005, came on to be heard Defendant's Motion for Admission Pro Hac Vice and it is the decision of this court that said Motion is hereby :

GRANTED [✓].

DENIED [ ].

IT IS SO ORDERED.

S. Thomas Anderson   USMJ
JUDGE PRESIDING

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Charles A. Banker
312 Lindberg
McAllen, TX 78501

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT