IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | § § § § | |
| vs. | § § § | CRIM. NO.2:05cr20132-D |
| RICHARD ESTEVANES<br>Defendant | § § § | |

### ORDER

On this 24 day of August, 2005, came to be heard Defendant's Unopposed Motion for Continuance, and after due consideration of the same it is the opinion of the Court that Defendant's motion is hereby

[✓] GRANTED, and this case is hereby reset to October 27, 2005.

[ ] DENIED.

IT IS SO ORDERED.

SIGNED this the 24 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-25-05

(35)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Honorable Bernice Donald
US DISTRICT COURT