IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /b/ ___ D.C.

05 SEP -2  AM 11: 30

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                    CR. NO. 05-20132-D

RICHARD ESTEVANES

    Defendant.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

This cause was set for a report date on August 25, 2005. Counsel for the defendant moved for a continuance of the September 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the motion and reset the trial date to November 7, 2005 with a **report date of Thursday, October 27, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 2nd day of September, 2005.

                            BERNICE B. DONALD
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-9-05

(37)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Honorable Bernice Donald
US DISTRICT COURT