IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ DC
05 OCT 27 PM 3: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§ | CR. NO. 2:05cr-20132-D |
| RICHARD ESTEVANES<br>Defendant | | |

## O R D E R

On this _27_ day of _October_, 2005, came to be heard Defendant's Unopposed

Motion for Continuance, and after due consideration of the same it is the opinion

of the Court that Defendant's motion is hereby

[ A ] GRANTED, and case is hereby reset to _____.

[ ]   DENIED.

IT IS SO ORDERED.

SIGNED this the _27th_ day of _October_ 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT