IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.
05 DEC 14  PM 3: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CRIM. NO. 2:05cr20132-D |
| | § | |
| | § | |
| RICHARD ESTEVANES | § | |
| Defendant | § | |

## O R D E R

On this _14_ day of _December_, 2005, came to be heard Defendant's Unopposed Motion for Continuance, and after due consideration of the same it is the opinion of the Court that Defendant's motion is hereby:

[X] GRANTED, and this case is hereby reset to _Monday, February 6, 2006 at 4:00 Pm_

[ ] DENIED.

IT IS SO ORDERED.

SIGNED this the _14_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Richardo L. Salinas
2011 North Conway
Mission, TX 78572

Honorable Bernice Donald
US DISTRICT COURT