IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨⟩ D.C.

05 DEC 16 PM 6: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.                                                  CR. NO. 05-20132-D

RICHARD ESTEVANES

    Defendant.

_____

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

_____

This cause was set for a change of plea hearing on December 15, 2005. Counsel

for the defendant filed a motion requesting a continuance of the hearing in order to allow

for additional preparation in the case.

The Court granted the motion and reset the hearing **to Monday, February 6, 2006,**

**at 4:00 p.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005  through March 17, 2006  is excludable under

18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional

time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _16_ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance
with ... FRCrP on _12-19-05_


57

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT